# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PRENTIS RUPERT                                                      PLAINTIFF

v.                        No. 3:17-cv-92-DPM-JTR

MARTY BOYD, Sheriff, Craighead County
Detention Center; BOWER, Admin,
Craighead County Detention Center;
and GIBSON, CO, Craighead County
Detention Facility                                                  DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommended disposition, № 16, and overrules Rupert's objections, № 18. FED. R. CIV. P. 72(b)(3). If Rupert wants to revise his claims against Boyd, then he must do so in an amended complaint, not in his objections. Rupert's access-to-the-courts claim and all his claims against Boyd are dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2017