UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PRENTIS RUPERT                                                                                   PLAINTIFF

V.                                  3:17CV00092 BSM/JTR

MARTY BOYD, Sheriff,
Craighead County Detention Center, et al.                                                DEFENDANTS

## ORDER

For good cause shown, Defendants' Motion for an Extension of Time *(Doc. 42)* is GRANTED, and they must file their Reply **on or before November 10, 2017.**

IT IS SO ORDERED THIS 6th day of November, 2017.

                                                                            _____
UNITED STATES MAGISTRATE JUDGE