UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PRENTIS RUPERT                                                                                   PLAINTIFF

V.                                      3:17CV00092 DPM/JTR

MARTY BOYD, Sheriff,
Craighead County Detention Center, et al.                                        DEFENDANTS

## ORDER

For good cause shown, Defendant Marty Boyd's Motion to Adopt and Join Motion for Summary Judgment (*Doc. 46)* is GRANTED.

Defendants' Motion for Extension of Time (*Doc. 47)* is GRANTED, and the remaining deadlines in the Initial Scheduling Order (*Doc. 28)* are VACATED. The Court will impose new deadlines for completing discovery and filing dispositive motions after a final ruling has been entered on the pending Motion for Summary Judgment on the issue of exhaustion (*Doc. 31)*.

IT IS SO ORDERED THIS 23rd day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1