# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PRENTIS RUPERT                                              PLAINTIFF

v.                              No. 3:17-cv-92-DPM-JTR

MARTY BOYD, Sheriff, Craighead County
Detention Center;  KEITH BOWERS, Admin.,
CCDC;  and CASEY GIBSON, CO,
Craighead County Detention Facility                      DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 50, as supplemented and overrules Rupert's objections, № 51. FED. R. CIV. P. 72(b)(3). The Defendants withdrew their motion for summary judgment as to the April 2017 lockdown. № 44 at 1. That slice of the motion is therefore denied as moot. Rupert may proceed with his due process claim arising from the 12 April 2017 lockdown.

Rupert didn't file grievances about the two June 2017 lockdowns. In his objections, he argues that those weren't issues he could raise through the jail's grievance policy. But Rupert is alleging that the lockdowns violated his due process rights;  and the policy explicitly applies to conditions of confinement in general and violations of inmates' civil rights in particular. № 51 at 6. Defendants' motion for summary judgment, № 31, is therefore granted as to the two June 2017

lockdowns. Rupert's claims arising from those incidents are dismissed without prejudice for failure to exhaust.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 May 2018