IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PRENTIS RUPERT                                               PLAINTIFF

v.                        No. 3:17-cv-92-DPM

MARTY BOYD, Sheriff, Craighead County
Detention Center; KEITH BOWERS, Admin.,
CCDC; and CASEY GIBSON, CO,
Craighead County Detention Facility            DEFENDANTS

## JUDGMENT

Rupert's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 November 2018 to enforce the terms of the settlement agreement, if needed.

*D.P. Marshall Jr.*
United States District Judge

31 October 2018